## NELSON v. STATE.
### No. 17350.

Court of Criminal Appeals of Texas.

Feb. 27, 1935.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The indictment under which appellant was convicted charged the offense of robbery by assault, and contained averments showing that appellant had been previously convicted of an offense of like character. Because of repetition of offenses, the punishment assessed was imprisonment in the penitentiary for life.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## MUNGARAY v. STATE.
### No. 17388.

Court of Criminal Appeals of Texas.

Feb. 27, 1935.

James Tafolla, Jr., of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is unlawfully carrying a pistol; the punishment, confinement in jail for one month.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.